## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 94-15131 AIH |
| | ) | |
| AWF Liquidation Corp. | ) | Chapter 7 |
| *fka* A&W Foods, Inc. | ) | |
| Debtor, | ) | The Honorable Arthur I. Harris |

## MOTION FOR ORDER DIRECTING PAYMENT
## OF UNCLAIMED FUNDS TO CREDITOR/CLAIMANT
## PURSUANT TO 11 U.S.C. § 347 AND 28 U.S.C. § 2041

AND NOW COMES Federal Recovery, Inc., by and through its counsel, Jeffrey J. Lorek, Esquire and Thorp Reed & Armstrong, LLP, and hereby files the following Motion for Order Directing Payment of Unclaimed Funds to Creditor/Claimant Empire Kosher Poultry, Inc. ("Claimant"), and states in support the following:

1.      Claimant was a creditor of the Debtor in the above captioned case and was due to receive and the trustee did, in fact, make a distribution from the estate to Claimant in the amount of $9,654.25.  However, Claimant was not located and the funds due Claimant were paid into the Court pursuant to 11 U.S.C. § 347.  A true and correct copy of the Trustee's Transmittal of Unclaimed Funds report dated June 28, 2005 is attached hereto as **Exhibit A**.

2.      The Claimant's current name, address, telephone number and contact are:

Empire Kosher Poultry, Inc.
Attn:  Richard N. Berger, C.F.O.
R.R. # 5, Box 228
Mifflintown, PA 17059
Tel. No. (717) 436-5921

3.      Claimant, through a duly notarized and executed Limited Power of Attorney, appointed the movant, Federal Recovery, Inc., as the Attorney in Fact for Empire Kosher Poultry, Inc. for the limited purpose of applying for these funds owed to Claimant.  A true and correct copy of the original executed Power of Attorney is attached hereto as **Exhibit B**.

4.      Upon sufficient inquiry, and upon Claimant's information and belief, this claim has not been previously paid, no other applications or motions for payment are pending, and there are no parties other than Claimant who are entitled to these funds.

WHEREFORE, pursuant to 11 U.S.C. § 347, Claimant Empire Kosher Poultry, Inc. respectfully requests that this Honorable Court issue an Order directing payment to Claimant of these unclaimed funds in the amount of $9,654.25 owed thereto, and for any further relief as is just and appropriate, and that said payment be mailed to Claimant in care of the undersigned counsel at the address set forth below.

Dated:  September 26, 2005

<div style="margin-left:40%">

Respectfully submitted,

/s/ Jeffrey J. Lorek, Esquire
Jeffrey J. Lorek, Esquire
Pa. I.D. No.:  93447
jlorek@thorpreed.com
Thorp Reed & Armstrong, LLP
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15219-1425
Tel. No.:  412.394.7711
Fax No.:  412.394.2555

*Attorney Pro Hac Vice for Movant Federal Recovery, Inc. (Attorney in Fact for Claimant Empire Kosher Poultry, Inc.)*

</div>

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true and correct copies of the foregoing **Motion for Order Directing Payment of Unclaimed Funds to Creditor/Claimant Pursuant to 11 U.S.C. § 347 and 28 U.S.C. § 2041** has been served upon the United States Attorney and the United States Trustee for the Northern District of Ohio, via first class U.S. Mail, postage prepaid, this 26th Day of September, 2005 as follows:

United States Attorney
Attn: Civil Process Clerk
Carl B. Stokes United States Court House
801 West Superior Ave., Ste. 400
Cleveland, OH 44113

U.S. Trustee
BP Tower, 20th Floor, Suite 3300
200 Public Square
Cleveland, OH 44114

/s/ Jeffrey J. Lorek, Esquire
Jeffrey J. Lorek, Esquire
Pa. I.D. No.: 93447
jlorek@thorpreed.com
Thorp Reed & Armstrong, LLP
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15219-1425
Tel. No.: 412.394.7711
Fax No.: 412.394.2555