*RECEIPT #163463*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: ) CASE NO. 94-15131
)
AWF Liquidation Corp. )
) JUDGE: ARTHUR I. HARRIS
Debtor )

### TRANSMITTAL OF UNCLAIMED FUNDS

Alan J. Treinish, Trustee of this Estate, reports the following:

The checks listed on the attached Exhibit "A" have either been returned to the Trustee by the U S Post Office as undeliverable, or the checks are stale dated.

Please see Exhibit "A" appended hereto.

Total Outstanding Checks on Exhibit "A"     $104,886.71

Your Trustee's check in the amount of $104,886.71 payable to the Clerk of the United States Bankruptcy Court is attached to this report.

Date: June 28, 2005

ALAN J. TREINISH, Trustee

*Chk # 1575*

FILED 05 JUN 29 AM 11:33
CLERK OF BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND



EXHIBIT A

TRANSMITTAL OF UNCLAIMED FUNDS

EXHIBIT "A"

## OUTSTANDING CHECKS

| Date | Check # | Description | Debits |
|---|---|---|---:|
| 01/27/05 | 1235 | CHANNEL FISH | 114.10 |
| 01/27/05 | 1238 | JENNIFER A IZZO | 152.92 |
| 01/27/05 | 1240 | JOHN E. STUCKY | 366.00 |
| 01/27/05 | 1241 | SHERRY H. CHU | 515.74 |
| 01/27/05 | 1275 | FATHER SAMS | 1,878.61 |
| 01/27/05 | 1287 | CONTEMPORARY OFFICE PRODUCTS | 35.61 |
| 01/27/05 | 1292 | ARISTA IND INC | 108.97 |
| 01/27/05 | 1293 | CHIANTI CHEESE CO | 144.03 |
| 01/27/05 | 1296 | CROCKER&WINDSOR SEAFOOD | 617.67 |
| 01/27/05 | 1299 | EMPIRE SEA FOOD INC | 2,266.99 |
| 01/27/05 | 1302 | PREMIER TRAVEL PARTNERS | 71.13 |
| 01/27/05 | 1304 | UNION CHEESE CO., INC. | 80.11 |
| 01/27/05 | 1305 | UNION CHEESE CO., INC. | 1,065.99 |
| 01/27/05 | 1308 | PARKS SAUSAGE | 177.83 |
| 01/27/05 | 1309 | SUPPLY TECH INC | 178.57 |
| 01/27/05 | 1310 | SUNSHINE BISCUITS INC | 182.83 |
| 01/27/05 | 1311 | STEFANOS | 247.39 |
| 01/27/05 | 1312 | CENTRAL REPRODUCTION | 586.24 |
| 01/27/05 | 1315 | RICELAND FOODS INC | 1,774.89 |
| 01/27/05 | 1317 | EASTERN POULTRY DISTRIBUTORS | 3,138.26 |
| 01/27/05 | 1319 | INTEGRITY INTERNATIONAL ASSOCIATES | 12.10 |
| 01/27/05 | 1320 | BADEN&LINDEN | 19.53 |
| 01/27/05 | 1321 | VIKING SEAFOODS INC | 51.89 |
| 01/27/05 | 1322 | CONROY FOODS | 62.77 |
| 01/27/05 | 1324 | H AND D FOODS | 277.56 |
| 01/27/05 | 1327 | QUALITY FOODS | 333.88 |
| 01/27/05 | 1328 | H&R CLEVELAND COFFEE-GENERAL FOOD | 369.97 |
| 01/27/05 | 1329 | BERLINER&MARX NJ | 384.78 |
| 01/27/05 | 1330 | B.C. ROGERS POULTRY, INC. | 390.80 |
| 01/27/05 | 1335 | ADVANTAGE FOODS | 740.70 |
| 01/27/05 | 1336 | MAI LI FROZEN FOODS | 805.11 |
| 01/27/05 | 1338 | JOHN MORRELL | 1,650.32 |
| 01/27/05 | 1352 | BLUE RIDGE FARMS | 5,097.37 |
| 01/27/05 | 1355 | GREAT LAKES CHEESE CO INC | 5,605.29 |
| 01/27/05 | 1356 | PORKY PRODUCTS INC | 2,496.46 |
| 01/27/05 | 1360 | HOUSE OF THALLER INC | 175.93 |
| 01/27/05 | 1363 | RUZI FOOD PRODUCTS | 203.46 |
| 01/27/05 | 1365 | FREEZER QUEEN FOODS INC | 224.91 |
| 01/27/05 | 1370 | DUBUQUE FOODS INC | 2,696.68 |
| 01/27/05 | 1372 | ALPINE LACE CHEESE | 7,495.75 |
| 01/27/05 | 1380 | X-SEA-LNT INTL. CORP. | 372.83 |
| 01/27/05 | 1382 | DIEBOLD INC | 9.58 |
| 01/27/05 | 1383 | INTERNATIONAL NOODLE COMPANY | 385.31 |
| 01/27/05 | 1385 | ROBERT F. PULDA ASSOCIATES, INC. | 31.79 |
| 01/27/05 | 1387 | BP OIL COMPANY | 269.75 |
| 01/27/05 | 1390 | ANCO FOODS CORP | 1,187.02 |

| Date | Num | Payee | Amount |
|---|---|---|---|
| | | | 5,487.84 |
| 01/27/05 | 1392 | LUNDY PACKING CO | 239.24 |
| 01/27/05 | 1393 | MAN LEE TRADING CO. | 728.40 |
| 01/27/05 | 1395 | INTERNATL SAUSAGE CORP | 2,113.15 |
| 01/27/05 | 1396 | OASIS TRADING CO | 268.09 |
| 01/27/05 | 1397 | ICELAND SEAFOOD CORP | 9,654.25 |
| 01/27/05 | 1398 | EMPIRE KOSHER | 834.92 |
| 01/27/05 | 1401 | FORMICO FOOD CO | 14,597.66 |
| 01/27/05 | 1404 | OLBUM TRADING CORP | 29.29 |
| 01/27/05 | 1405 | PAT HENRY ENTERPRISES INC | 202.78 |
| 01/27/05 | 1406 | SLOMAN, LYONS BROKERAGE | 43.92 |
| 01/27/05 | 1407 | TRUPAR AMERICA | 2,907.87 |
| 01/27/05 | 1417 | KELLOGG SALES CO F | 396.77 |
| 01/27/05 | 1422 | COAST TO COAST SEAFOOD, INC. | 823.15 |
| 01/27/05 | 1423 | NORPAC SERVICES INC. | 23.00 |
| 01/27/05 | 1424 | SAMCO SPORTSWEAR, INC. | 2,536.50 |
| 01/27/05 | 1431 | RYAN INTL INC | 23.80 |
| 01/27/05 | 1434 | CLOCKWORK COURIER INC | 825.07 |
| 01/27/05 | 1438 | JEROME FOODS, INC. | 609.89 |
| 01/27/05 | 1439 | JEROME FOODS, INC. | 37.95 |
| 01/27/05 | 1440 | USA MOBILE | 282.08 |
| 01/27/05 | 1442 | RAGU FOODS CO | 105.14 |
| 01/27/05 | 1445 | THOLSTRUP CHEESE | 803.80 |
| 01/27/05 | 1446 | BONGRAIN INT'L. CORP. | 23.19 |
| 01/27/05 | 1447 | ISLAND FISHERMAN | 24.03 |
| 01/27/05 | 1448 | GATEWAY COLD STORAGE | 517.70 |
| 01/27/05 | 1450 | FISHERY PRODUCTS INT'L. USA | 31.96 |
| 01/27/05 | 1451 | FISHERY PRODUCTS INT'L. USA | 774.10 |
| 01/27/05 | 1452 | ATLANTIC QUEEN SEAFOODS LTD | 2,540.48 |
| 01/27/05 | 1453 | CLOUSTON FOODS GROUP | 775.09 |
| 01/27/05 | 1454 | HELUVA GOOD CHEESE INC | 292.70 |
| 01/27/05 | 1459 | ALPHA DISTRIBUTORS | 1,368.59 |
| 01/27/05 | 1464 | FARPORT INT'L. INC. | 40.22 |
| 01/27/05 | 1466 | INDUSTRIAL SYSTEMS GROUP | 1,563.55 |
| 01/27/05 | 1474 | WILSON BRANDS CORP | 1,874.44 |
| 01/27/05 | 1476 | DOSKOCIL WILSON FOODS | 619.26 |
| 01/27/05 | 1481 | FRED J DERY BANKRUPTCY TRUSTEE | 240.66 |
| 01/27/05 | 1484 | KARN MEATS, INC | 1,429.94 |
| 01/27/05 | 1485 | HARRISON BROTHERS | 6.51 |
| 01/27/05 | 1487 | QUAKER OATS CO | 867.34 |
| 01/27/05 | 1494 | FORTUNE SEA LTD. | 38.08 |
| 01/27/05 | 1506 | RAINEY, JOHNATHAN D. | 203.62 |
| 01/27/05 | 1556 | CHANNEL FISH | |

| Date | Num | Name | Amount |
|---|---|---|---|
| 01/26/05 | 9008 | MARK BROOKS | 17.25 |
| 01/26/05 | 9009 | RONALD CARTER | 13.63 |
| 01/26/05 | 9013 | EARL COOK | 39.59 |
| 01/26/05 | 9014 | FREDDIE COON | 16.39 |
| 01/26/05 | 9015 | DONALD COOPER | 56.15 |
| 01/26/05 | 9025 | MICHAEL DEAN | 54.61 |
| 01/26/05 | 9032 | MICHAEL FERENCE | 55.38 |
| 01/26/05 | 9034 | DAMON FLETCHER | 28.60 |
| 01/26/05 | 9035 | LAWRENCE FOLZ | 17.25 |
| 01/26/05 | 9036 | DAVID FORBES | 40.95 |
| 01/26/05 | 9040 | JOHN GOLLMER | 28.60 |
| 01/26/05 | 9042 | ROBERT HAYNES | 28.60 |
| 01/26/05 | 9044 | NELSON HOVERSON | 28.60 |
| 01/26/05 | 9047 | LONNIE JARRELL | 28.60 |
| 01/26/05 | 9051 | LENN A. KARIM | 77.37 |
| 01/26/05 | 9054 | JAMES KERR | 40.95 |
| 01/26/05 | 9057 | ROBERT KRALIK | 25.93 |
| 01/26/05 | 9062 | WILLIAM MCALLISTER | 17.60 |
| 01/26/05 | 9068 | TIMOTHY MIDDLEBROOK | 16.39 |
| 01/26/05 | 9069 | DERRICK MILLER | 16.39 |
| 01/26/05 | 9070 | REYMUNDO MIRELES | 13.63 |
| 01/26/05 | 9072 | LELAND MOON | 65.99 |
| 01/26/05 | 9074 | LESTER MURRAY JR. | 44.45 |
| 01/26/05 | 9077 | JEFFREY OMAR | 78.45 |
| 01/26/05 | 9078 | STEVEN PAMIAS | 39.59 |
| 01/26/05 | 9080 | JOHN M. POLITOWSKI | 594.72 |
| 01/26/05 | 9084 | JONATHAN D. RAINEY | 420.37 |
| 01/26/05 | 9085 | DANIEL REED | 65.99 |
| 01/26/05 | 9089 | EMERSON SANDIFER, JR. | 17.25 |
| 01/26/05 | 9100 | ERNEST TIMBS | 28.60 |
| 01/26/05 | 9104 | WILLIAM VANGIESON | 28.60 |
| 01/26/05 | 9111 | FREDDIE WILLIAMS | 773.12 |
| 01/26/05 | 9115 | ERIN WOOD | 54.61 |
| 01/26/05 | 9116 | GREGORY WYATT | 50.59 |
| 01/26/05 | 9109 | FREDRICK J. WEISENSEEL | 17.25 |
| 01/26/05 | 9117 | JOHNNY WYATT | 54.61 |
| 01/26/05 | 9119 | RONALD YOUNG | 28.60 |
| | | TOTAL | $104,886.71 |

FILED 05 JUN 29 AM 11:33 CLERK U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND